JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | CASE NO. 2:19-cv-05388-RGK-MAA |
| Plaintiff(s), | |
| vs. | **ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |
| PQ 6th and Olive, Inc., et al., | |
| Defendant(s). | |

In light of the Notice of Automatic Stay [34], filed on May 28, 2020, regarding the defendant's Chapter 11 Bankruptcy petition, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: 06·29·20

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE